UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAYMOND McGRAW, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | No. 1:13-cv-01757-TWP-DKL |
| ) | |
| SUPERINTENDENT ZATECKY, ) | |
| ) | |
| Respondent. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **DISMISSED FOR LACK OF JURISDICTION.**

Date: 11/12/2013

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

RAYMOND MCGRAW
883037
PENDLETON CORRECTIONAL FACILITY
4490 West Reformatory Road
Pendleton, IN 46064-9001